Phillip A. Talbert
United States Attorney
WILLY LE
Attoreny
Office of Program Litigation, Division 5
Social Security Administration
KRISTINE VITEMB, Texas BN 24065153
Special Assistant United States Attorney
Office of Program Litigation, Division 5
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (214) 767-8378
Facsimile: (833) 411-0842
E-Mail: Kristine.Vitemb@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JAMES DANIEL,<br><br>             Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:22-CV-01094-BAM (SS)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the parties stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 5, 2023, up to and including Wednesday, July 5, 2023.  This is the Defendant's first request for an extension.

Counsel for Defendant has previously been out of the office and currently has a backlog of work with several pending deadlines.  Therefore, the undersigned respectfully requests a 30-day extension to complete Commissioner's Response Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 31, 2023

/s/ *Jonathan Pena*
(*as authorized via e-mail on May 31, 2023)
JONATHAN PENA
Attorney for Plaintiff

Respectfully submitted,

Dated:  May 31, 2023

PHILLIP A. TALBERT
United States Attorney
WILLY LE
Attorney, Office of Program Litigation
Social Security Administration

By      /s/  *Kristine Vitemb*
KRISTINE VITEMB
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including Wednesday, July 5, 2023, to respond to Plaintiff's Motion for Summary Judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 1, 2023**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE